## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

TRUSTEES OF THE SUBURBAN TEAMSTERS )
OF NORTHERN ILLINOIS WELFARE AND )
PENSION FUNDS, )
                                                             Plaintiffs, )
                                                             ) No. 2010 C 1321
     v. )
                                                             ) Judge Pallmeyer
RANGEL TRUCKING, INC., )
an Illinois corporation, ) Magistrate Judge Schenkier
                                                             )
                                        Defendant. )

## MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on February 26, 2010 to obtain an audit for collection of delinquent contributions plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2). An audit for the period May, 2009 through December, 2009 took place on March 24, 2010.

2. Service upon RANGEL TRUCKING, INC., an Illinois corporation was made on the Defendant on March 8, 2010, and a copy of the proof of service was filed with the court on March 10, 2010.

3. Defendant is now in default as to the Complaint and as supported by the attached Affidavits the sums due are:

        $2,734.47  Pension
        $4,538.68  Welfare
          $925.00  Attorneys fees
          <u>$401.00</u>  Court costs
        $8,599.15

WHEREFORE, Plaintiff prays for:

1. Entry of judgment against Defendant, RANGEL TRUCKING, INC., an Illinois corporation, and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS in the amount of $8,599.15.

        TRUSTEES OF THE SUBURBAN TEAMSTERS
        OF NORTHERN ILLINOIS WELFARE AND
        PENSION FUNDS

        s/John J. Toomey
        ARNOLD AND KADJAN
        19 W. Jackson Blvd., Suite 300
        Chicago, IL 60604
        Telephone No.: (312) 236-0415
        Facsimile No.: (312) 341-0438
        Dated: April 12, 2010